RECEIVED
MAY 13 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

To whom it may concern,

My name is Dominique Holliday (USM: 57327-510), I was just sentenced in Case Number 0862 1:23CR00021-006 I am writing to ask the court to grant postconviction relief due to Ineffective Assistance of counsel. Counsel didn't object to various parts in my PSI pertaining to an overdose that there was no direct connection to me. He objected to the part saying I was not eligible for the safety valve. and I was told he was doing so because he wanted to argue that he wanted to argue at sentencing that there was no direct connection from me to the overdose because Cole Krude had multiple sources of the drugs in question. When he brought up the argument at sentencing the prosecutor and judge claimed that because he did not object to paragraph 14 in my PSI which stated "Krude distributed 10 fentanyl pills that he obtained from the defendant to Ridgeway", which meant that we didn't dispute that as fact. Due to this error I recieved prejudice in my sentencing because I was now not eligible for the safety valve which would have drastically changed my sentence. If it wasn't but for counsels ineffectiveness I would have recieved a sentence of 87 months because the government presented no evidence or witness for this claim other than the PSR. (U.S. vs. Poor Bear,

If the defendant objects to any of the factual allegations ... the government must present evidence at the sentence hearing to prove the existence of disputed facts"" For this reason with no additional evidence or witnesses, I should have been able to recieve relief from the safety value because there was no serious injury in my case other than the one that counsel errored in objecting to. These are the reasons I am asking the court to grant me relief due to ineffective assistance by counsel.

Dominique Holliday
Fayette County Jail
220 N. Industrial Parkway
West Union, IA 52175

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 52175
02 7H
0006131467

$ 000.64⁰

MAY 10 2024

5.10.24 EB

XRAYED US MARSHALS SERVICE

Federal Clerk of Court
111 7th ave SE
Cedar Rapids, Iowa 52401

52401$2103 C002